# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOE PITTS

VERSUS

SAM'S EAST, INC., AND THE
OVERHEAD DOOR COMPANY OF
SHREVEPORT, INC.

NO.  2026 CW 0605

**JULY 27, 2026**

---

In Re:  Amerisure Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 683382.

---

**BEFORE:  PENZATO, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

AHP
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT